## John Brown et al., Appellants, v. County of Lawrence, Appellee.

opinion filed June 1, 1944. A. J. McMahan, for appellants; J. L. McLaughlin, of counsel; Maurice E. Gosnell, State's Attorney, for appellee. Opinion by JUSTICE BRISTOW. Not to be published in full.